UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE MUZA, et al.,

                              Plaintiffs,

       -v-                                                    CIVIL ACTION NO. 25 Civ. 3262 (JHR) (SLC)

                                                                          **ORDER**

PEAK OUTCOMES, LLC, et al.,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management and the motion to withdraw as counsel at Dkt. No. 43 filed by counsel for Defendants Peak Outcomes, LLC, Kyle Budinscak, Lauren Gerndt, and Kayla Noone (the "Peak Defendants"). (Dkt. Nos. 43 (the "Motion"); 48). The Peak Defendants shall file a response to the Motion by **December 17, 2025**. The Peak Defendants are warned that failure to respond to the Motion by **December 17, 2025** will result in the Court granting the Motion and staying the case for 30 days to allow the Peak Defendants to obtain new counsel.

Further, Defendant Peak Outcomes, LLC is on notice that, as a corporate entity, it must appear through counsel in this action, and cannot appear pro se. See Lattanzio v. COMTA, 481 F.3d 137, 140 (2d Cir. 2007) (explaining that "a limited liability company [] may appear in federal court only through a licensed attorney."); accord Kenyatta v. City of New York, 25 Civ. 2868 (KMW), 2025 WL 1984391, at *2 (S.D.N.Y. 2025). The Court warns Peak Outcomes, LLC that if it fails to timely respond to the Motion, or if new counsel does not appear on behalf of it, the

2

Court may permit Plaintiff to initiate default proceedings against Peak Outcomes, LLC.

Dated:        New York, New York
              December 3, 2025

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**

2