UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE MUZA, et al.,

                            Plaintiffs,

        -v-                                          CIVIL ACTION NO. 25 Civ. 3262 (JHR) (SLC)

                                                     **ORDER**

PEAK OUTCOMES, LLC, et al.,

                            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On December 8, 2025, the Court So Ordered the stipulation between Plaintiffs Renee Muza and Sacha Peets ("Plaintiffs") and Defendant Denise Bauer ("Ms. Bauer") stipulating that Ms. Mauer would withdraw her motion to dismiss (Dkt. No. 39) with leave to refile and Plaintiff would file a second amended complaint ("SAC"). (Dkt. No. 52 (the "Stipulation")). The Stipulation provided that Plaintiffs' deadline to file the SAC was December 10, 2025, and Ms. Bauer's deadline to respond to the SAC was December 30, 2025. (Dkt. No. 52).

On December 10, 2025, Plaintiffs filed the SAC. (Dkt. No. 53). The Clerk of Court, however, noted certain deficiencies in the SAC and directed Plaintiffs to re-file it. (Dkt. No. 53; Dkt. Entry dated Dec. 11, 2025). To date, Plaintiffs have not re-filed the SAC.

Plaintiffs shall re-file the SAC by **December 23, 2025**, pursuant to the Clerk of Court's instructions. (Dkt. Entry dated Dec. 11, 2025). The Court further sua sponte **EXTENDS** Ms. Bauer's deadline to respond to the SAC to **January 13, 2026**.

Plaintiffs are warned that failure to refile the SAC by **December 23, 2025** may result in the undersigned recommending that the Court dismiss Plaintiff's claims against Ms. Bauer for failure to prosecute.

Dated:     New York, New York
           December 18, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2