UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE MUZA, et al.,

Plaintiffs,

-v-

PEAK OUTCOMES, LLC, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 3262 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 8, 2025, the Court So Ordered the stipulation between Plaintiffs Renee Muza and Sacha Peets ("Plaintiffs") and Defendant Denise Bauer ("Ms. Bauer") stipulating that Ms. Mauer would withdraw her motion to dismiss (Dkt. No. 39) with leave to re-file and Plaintiffs would file a second amended complaint ("SAC"). (Dkt. No. 52 (the "Stipulation")). The Stipulation provided that Plaintiffs' deadline to file the SAC was December 10, 2025, and Ms. Bauer's deadline to respond to the SAC was December 30, 2025. (Dkt. No. 52).

On December 10, 2025, Plaintiffs filed the SAC. (Dkt. No. 53). The Clerk of Court, however, noted certain deficiencies in the SAC and directed Plaintiffs to re-file it. (Dkt. No. 53; Dkt. Entry dated Dec. 11, 2025). On December 18, 2025, Plaintiffs having not re-filed the SAC, the Court ordered Plaintiffs to re-file it by December 23, 2025 and sua sponte extended Ms. Bauer's deadline to respond to the SAC to January 13, 2026. (Dkt. No. 58). On December 23, 2025, Plaintiffs attempted to re-file the SAC, but the Clerk of Court again marked it deficient. (Dkt. No. 61; Dkt. Entry dated Dec. 29, 2025).

2

Plaintiffs shall re-file the SAC by **January 6, 2026**, pursuant to the Clerk of Court's latest instructions.  (Dkt. No. 61; Dkt. Entry dated Dec. 29, 2025).  The Court further <u>sua</u> <u>sponte</u> **EXTENDS** Ms. Bauer's deadline to respond to the SAC to **January 20, 2026**.

Plaintiffs are warned that failure to re-file the SAC by **January 6, 2026** may result in the undersigned recommending that the Court dismiss Plaintiffs' claims against Ms. Bauer for failure to prosecute.

Dated:        New York, New York
              January 2, 2026

                                SO ORDERED.

                                _____
                                SARAH L. CAVE
                                **United States Magistrate Judge**

2