# JULIEN MIRER & ASSOCIATES, PLLC

ATTORNEYS AT LAW
300 CADMAN PLAZA WEST
12TH FLOOR
BROOKLYN, NEW YORK 11201

.

JEANNE MIRER          TELEPHONE: (212) 231-2235          RIA JULIEN
FACSIMILE: (212) 409-8338

February 4, 2026

**VIA ECF**
Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Plaintiffs' request at Dkt. No. 68 is **GRANTED**. Plaintiffs' deadline to respond to Defendant Denise Bauer's ("Bauer") motion to dismiss, (Dkt. Nos. 66-67), is **EXTENDED** to **March 4, 2026.** Bauer's deadline to file her reply is **EXTENDED** to **March 12, 2026**. The Court will endorse the parties' proposed stipulation, (Dkt. No. 69), by separate order.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 68.
>
> SO ORDERED.   February 5, 2026
>
> _____
> SARAH L. CAVE
> United States Magistrate Judge

Re:     *Peet et al v Peak Outcomes et al*

25-cv-03262 (SLC)

Request to Extend Deadlines, *Nunc Pro Tunc*

Dear Hon. Magistrate Sarah L. Cave:

Plaintiffs, on consent of Defendant, and for good cause as set forth below, move this Court to extend dates in the above referenced case in the manner requested in this letter. This is the first request for an extension of these deadlines.

On January 20, 2026 Defendant Bauer filed a motion to dismiss the one count against her. in the Second Amended Complaint.

1. Plaintiff's deadline to file a brief in opposition to Defendant's motion to dismiss the Second Amended Complaint is:
    a. Current deadline: February 3, 2026 (requested *nunc pro tunc*)
    b. Proposed deadline: March 4, 2026

2. Defendant Bauer's deadline to file its reply:
    a. Current deadline: February 9, 2026
    b. Proposed deadline: March 12, 2026

This is Plaintiffs' first request for adjournment of the deadline to respond to the Motion to Dismiss the Second Amended Complaint. Plaintiffs make this request to accommodate other filing deadlines of counsel, and in order to provide Plaintiffs' responses to the two sets of Defendants in a coordinated fashion, on a single timeline. Finally there is no prejudice as the case was stayed for

30 days as to the Peak Outcomes defendants while they sought new counsel and their response to the SAC is due on February 15, 2026.

If this proposed extension meets with Your Honor's approval, a "So Ordered" line is provided below for the Court's convenience

Respectfully submitted,

/s/

Ria Julien

cc:    All Counsel of Record (via ECF)

IT IS SO ORDERED.

DATED: _____    _____

Hon. Magistrate Sarah Cave
United States Magistrate Judge