# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

1270 Avenue of the Americas, 24th Fl.
New York, New York 10020
Telephone:  212-492-2500
Facsimile:  212-492-2501
www.ogletree.com

**Joseph B. Cartafalsa**
(212) 492-2081
joseph.cartafalsa@ogletree.com

April 23, 2026

> Defendants' request at Dkt. No. 77 is **GRANTED**.  The initial case management conference scheduled for April 30, 2026 at 3:15 p.m. ET is **ADJOURNED** to **June 25, 2026 at 10:00 a.m. ET** (the "Conference") and will be held in person in Courtroom 18A, 500 Pearl Street, New York NY 10007.  At the Conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).  Any Electronic Device Orders, (see Dkt. No. 76 at 1), shall be emailed to Chambers by **June 18, 2026**.
>
> The Court is in receipt of the parties' Report of Rule 26(f) Meeting and Proposed Case Management Plan ("PCMP"), which proposes a fact discovery deadline of **January 29, 2027**.  (Dkt. No. 78).  Accordingly, the parties are not required to file another PCMP.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 77.
>
> SO ORDERED.    April 24, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, New York 10007

Re:   *Muza, et al. v. Peak Outcomes, LLC, et al.*
No.: 25-cv-03262-JHR

Dear Judge Cave:

We represent Defendant Denise Bauer ("Bauer") in the above-referenced matter and write with the **consent** of other Defendants, to respectfully request an adjournment of the April 30, 2026 Initial Case Management Conference for two (2) months (on a rescheduled date convenient for the Court). This is the Defendants; first request for an extension. The parties will file the Rule 26(f) Report, and this extension would <u>not</u> change any of the proposed dates in the Report. Plaintiffs take no position on this request.

The reasons for the extension are two-fold.

First, Bauer is an individual (not an employee of the other Defendants). Bauer filed a motion to dismiss the single aiding and abetting claim against her; the motion has been fully briefed and is pending before the Court. Bauer hopes the motion will be decided within two (2) months, which may obviate appearance and the expense. Respectfully, even the relatively modest fees for counsel appearing at the Conference would be significant to Bauer.

Second, the other Defendants in this action (the "Peak Defendants") have contacted Plaintiff to discuss settlement. The Peak Defendants have disclosed that there are concerns about their ability to fund a settlement and have prepared a disclosure of financial documents for opposing counsel's review.  Plaintiffs' counsel has indicated that a settlement-related production of additional information is desired.  Adjourning the Conference is also beneficial because it allows the Peak Defendants additional time to meet and confer with Plaintiffs.  the delay may allow time for decision of the Court on Bauer's motion to dismiss which would then clarify discovery and other issues which can then be addressed at the Conference (as may be necessary).

We thank the Court for its consideration of this request.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Columbus ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Fresno ▪ Greenville
Houston ▪ Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ Salt Lake City ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Washington

The Honorable Sarah L. Cave
April 23, 2026
Page 2

Respectfully submitted,
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, PC

By: /s/ *Joseph B. Cartafalsa*
      Joseph B. Cartafalsa

cc:      All counsel of record (via ECF)