UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE MUZA, et al.,

                          Plaintiffs,

        -v-

PEAK OUTCOMES, LLC, et al.,

                          Defendants.

CIVIL ACTION NO. 25 Civ. 3262 (JHR) (SLC)

**ORDER RESCHEDULING INITIAL CASE
MANAGEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a conflict in the Court's calendar, the initial case management conference scheduled for **June 25, 2026 at 10:00 a.m. ET** (the "Conference") is **RESCHEDULED** to **June 23, 2026 at 2:00 p.m. ET** and will take place **in-person** in Courtroom 18A, 500 Pearl Street, New York NY 10007.  The deadline to submit any electronic device orders via email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) to use electronic devices at the Conference is **EXPEDITED** to **June 16, 2026**.

As stated in the Court's Order at Dkt. No. 79, the Court is already in receipt of the parties' Report of Rule 26(f) Meeting and Proposed Case Management Plan ("PCMP"), which proposes a fact discovery deadline of **January 29, 2027**.  (Dkt. No. 78).  Accordingly, the parties are not required to file another PCMP.

Dated:       New York, New York            SO ORDERED.
             May 8, 2026

_____
SARAH L. CAVE
**United States Magistrate Judge**