UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE MUZA, et al.,

                        Plaintiffs,

        -v-                                              CIVIL ACTION NO. 25 Civ. 3262 (JHR) (SLC)

                                                         **ORDER**

PEAK OUTCOMES, LLC, et al.,

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held an initial case management conference on June 23, 2026 (the "Conference"). (Dkt. No. 80). A telephone conference to discuss the status of discovery is scheduled for **August 11, 2026 at 12:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time. By **August 4, 2026**, the parties shall file a joint letter setting forth the status of discovery and identifying any issues ripe for the Court's attention.

Should the parties wish to order a copy of the Conference transcript, they may do so using the annexed form.

Dated:      New York, New York          SO ORDERED.
            June 23, 2026

                                         _____
                                         SARAH L. CAVE
                                         **United States Magistrate Judge**

SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

**RESET**     **PRINT**     **SAVE**     **EMAIL**