KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797
Telephone: 516.681.1100
www.kaufmandolowich.com

**Aaron Solomon, Esq.**
ASolomon@kaufmandolowich.com

The parties' request at Dkt. No. 87 is **GRANTED**. The deadline for the parties to finalize their ESI protocol (the "Protocol") is **EXTENDED** to **August 7, 2026**. Should the parties wish the Court to So Order the Protocol, they shall file it by **August 7, 2026**.

The Court reminds the parties that their joint letter setting forth the status of discovery and identifying any issues ripe for the Court's attention is due **today, August 4, 2026**. (Dkt. No. 81). The next telephone conference to discuss the status of discovery is scheduled for **August 11, 2026 at 12:00 p.m. ET**. (Id.)

The Clerk of Court is respectfully directed to close Dkt. No. 87.

SO ORDERED. August 4, 2026

SARAH L. CAVE
United States Magistrate Judge

August 3, 2026

**VIA ECF**
Hon. Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Sacha Peet, et. al. v. Peak Outcomes LLC d/b/a Duet Care at Home, et. al.*
Docket No.: 25-CV-03262

Dear Judge Cave:

We represent Defendants Peak Outcomes, LLC, Kyle Budinsack, Lauren Gerndt, and Kayla Noone.

We write jointly on behalf of all Parties to request a brief extension of the Parties deadline to submit the ESI protocol. We write to advise the Court that the parties have prepared a detailed protocol, which includes search terms, custodians, and relevant time periods. However, the parties do have disputes regarding the parameters that they each propose, and would like an opportunity to adequately meet and confer to discuss same in the hope that judicial intervention can be avoided.

Therefore, the parties respectfully request that they be permitted until Friday to try to work through any remaining concerns about their ESI protocol. This is the third request for an extension.

We thank the Court for its continued courtesies.

Respectfully submitted,
Kaufman Dolowich LLP

Aaron N. Solomon

cc: All counsel of record (via ECF)