# JULIEN MIRER & ASSOCIATES, PLLC

ATTORNEYS AT LAW
300 CADMAN PLAZA WEST,
12TH FLOOR
BROOKLYN, NEW YORK
11201

JEANNE MIRER TELEPHONE: (212) 231-2235 RIA JULIEN


The parties' request at Dkt. No. 93 for a discovery conference and leave to file letters in advance of the conference is **GRANTED**. (Dkt. No. 93 (the "Letter")). A telephone conference to discuss the issues raised in the Letter is scheduled for **August 20, 2026 at 2:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time. By **August 18, 2026 at 5:00 p.m. ET**, the parties shall each file a letter containing no more than 1,050 words setting forth their respective position on the issues raised in the Letter. In the meantime, the deadline of August 12, 2026 for the parties to finalize their ESI protocol (Dkt. No. 92) is **HELD IN ABEYANCE** pending the August 20, 2026 telephone conference.

The Clerk of Court is respectfully directed to close Dkt. No. 93.

SO ORDERED. August 13, 2026

SARAH L. CAVE
United States Magistrate Judge

August 12, 2026

**VIA ECF**
Hon. Sarah L. Cave
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Sacha Peet, et. al. v. Peak Outcomes LLC d/b/a Duet Care at Home, et. al. Docket No.: 25-CV-03262

Dear Magistrate Judge Cave,

This office represents Plaintiffs Renee Muza, and Sacha Peet, and the class they seek to represent. We are writing jointly with consent of all parties, pursuant to our obligation to inform the court of the status of our ESI protocol and here attach as Exhibit A.

The Parties have met and conferred extensively over via Microsoft Teams to reach an agreement on the ESI protocol.[1] Much of these discussions have been fruitful because the Parties have been able to narrow down their disputes to two specific areas that the parties respectfully request the Court's review because the Parties have reached an impasse

[1] On Aug 11, 2026, Plaintiff's counsel and the Duet Defendants' counsel spoke for over one hour via Microsoft teams. On August 6, 2026 all counsel met and conferred via Microsoft Teams for one and a half hours from 2pm to 3:30pm.

First, the Parties have a dispute with respect to the temporal period that will govern ESI searches. The Parties have included competing proposed temporal periods in the attached protocol which are highlighted in yellow.

Second, the Parties have a dispute regarding the construction of certain search terms proposed by Defendants. The disputed search terms are highlighted in yellow. Brief footnotes are included to explain the specific disputes.

The parties hereby request an informal discovery conference with the court to resolve these few outstanding disputes. In advance of same, the Parties respectfully request permission to simultaneously submit letters to the Court on Tuesday August 18, 206 setting forth each Parties position with supporting authority.

We thank the court for its attention to this matter.

Respectfully Submitted,
Julien Mirer & Associates PLLC
Attorneys for Plaintiffs
______s____
Jeanne Mirer