UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE MUZA, et al.,

Plaintiffs,

-v-

PEAK OUTCOMES, LLC, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 3262 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 100, the parties were required to file a joint letter (the "Letter") setting forth the status of discovery and identifying any issues ripe for the Court's attention by October 13, 2026. (Dkt. No. 100). To date, the parties have not filed the Letter. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to file the Letter to **October 15, 2026 at 5:00 p.m. ET**.

The parties are reminded that the next telephone conference to discuss the status of discovery is scheduled for **October 19, 2026 at 11:00 a.m. ET** on the Court's conference line. (Dkt. No. 100). The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time. (Id.)

Dated: New York, New York
October 14, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**